**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00266-CV**
_____

**MAE B. CURTIS, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-191,038A**

**MEMORANDUM OPINION**

The abatement ordered on August 14, 2014, is lifted, and the appeal is reinstated. The appellant, Mae B. Curtis, and the appellee, Wells Fargo Bank, N.A., jointly filed an agreed motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 24, 2014
Opinion Delivered September 25, 2014

Before Kreger, Horton, and Johnson, JJ.